IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR236 |
| | ) | |
| v. | ) | |
| | ) | |
| REFUGIO GUTIERREZ-CENTENO, | ) | AMENDED |
| | ) | PRELIMINARY ORDER OF |
| Defendant. | ) | FORFEITURE |
| | ) | |

This matter is before the Court upon the United States' Amended Motion for Issuance of Preliminary Order of Forfeiture and <u>Memorandum</u> Brief (Filing No. 26). The Court has reviewed the record in this case and finds as follows:

1. Defendant has entered into a Plea Agreement, whereby he has agreed to plead guilty to Counts I and III of said Indictment. Count I of said Indictment charges the defendant with conspiracy to distribute methamphetamine (actual), a violation of 21 U.S.C. § 846. Count III of said Indictment charges the defendant with using a 1996 Infinity, VIN JNKCA21D6TT309531, to facilitate the commission of the conspiracy and charges said personal property is derived from proceeds obtained directly or indirectly as a result of the commission of the conspiracy. Pursuant to the Plea Agreement, the defendant also agreed to forfeiture $1,100.00 in United States currency seized from the defendant on June 27, 2006.

2. By virtue of said plea of guilty, the defendant forfeits his interest in the subject properties, and the United States should be entitled to possession of said properties, pursuant to 21 U.S.C. § 853.

   3. The United States' Amended Motion for Issuance of Preliminary Order of Forfeiture should be sustained.

   IT IS ORDERED:

   A. The United States' Amended Motion for Issuance of Preliminary Order of Forfeiture is hereby sustained.

   B. Based upon Count III of the Indictment and the defendant's plea of guilty, the United States Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska ("ATF") is hereby authorized to seize the following-described properties:

> a 1996 Infinity, VIN JNKCA21D6TT309531 and
> $1,100.00 in United States currency

   C. Defendant's interest in said properties is hereby forfeited to the United States of America for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

   D. The aforementioned forfeited properties are to be held by ATF in its secure custody and control.

   E. Pursuant to 21 U.S.C., § 853(n)(1), the United States forthwith shall publish at least once for three successive weeks in a newspaper of general circulation, in the county where the subject properties are situated, notice of this Order, notice of ATF's intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the subject forfeited properties must file a Petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

F.  Said published notice shall state the Petition referred to in Paragraph E., above, shall be for a hearing to adjudicate the validity of the Petitioner's alleged interest in the properties, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title or interest in the subject properties and any additional facts supporting the Petitioner's claim and the relief sought.

G.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties subject to this Order as a substitute for published notice as to those persons so notified.

H.  Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED this 11th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court