IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )        8:06CR236
                                )
        v.                      )
                                )
REFUGIO GUTIERREZ-CENTENO,      )        ORDER
                                )
              Defendant.        )
_____)
```

This matter is before the Court on plaintiff's motion to continue sentencing (Filing No. 28). Accordingly,

IT IS ORDERED that sentencing is rescheduled for:

**Thursday, February 8, 2007, at 9:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 15th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court