IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )         8:06CR236
                             )
      v.                     )
                             )
REFUGIO GUTIERREZ-CENTENO,   )         ORDER
                             )
            Defendant.       )
_____)
```

IT IS ORDERED that sentencing is rescheduled for:

**Thursday, March 8, 2007, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 5th day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court